**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

MPA Onterie Center LLC

                                    Plaintiff,

v.                                                                    Case No.: 1:14−cv−06037
                                                                     Honorable Sara L. Ellis

Affiliated FM Insurance Company, et al.

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 18, 2015:

      MINUTE entry before the Honorable Sidney I. Schenkier: Telephone status hearing regarding settlement held with defense counsel (without the presence of plaintiff's counsel, but with the approval of plaintiff's counsel). Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.