# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

MPA Onterie Center LLC

                              Plaintiff,

v.                                                         Case No.: 1:14−cv−06037
                                                          Honorable Sara L. Ellis

Affiliated FM Insurance Company, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 18, 2015:

      MINUTE entry before the Honorable Sidney I. Schenkier: Telephone conference regarding settlement held with plaintiff's counsel (without the presence of defense counsel, but with their consent). Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.